# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUISIANA DEPARTMENT OF
HEALTH

NO.   2020 CW 0844

VERSUS

GOD'S TABLE, LLC, EUNICE
BUNCH, AND DANIELLE BUNCH

**SEPTEMBER 30, 2020**

---

In Re:    Governor John Bel Edwards, Dr. Courtney Phillips, Dr.
          Jimmy Guidry, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          167638.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              JMM
                              GH
                              AHP

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT